DAVID J. COOK, ESQ. SBN 060859
COOK COLLECTION ATTORNEYS, PLC
P.O. Box 270
San Francisco, CA 94104-0270
Phone: (415) 989-4730   Fax: (415) 989-0491
Attorneys for Plaintiff and Judgment Creditor



FILED
CLERK, U.S. DISTRICT COURT

FEB 2 4 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC. | CASE NUMBER |
| | 2:98-CV-03607-FMC-CT |
| PLAINTIFF(S) | |
| v. | |
| SCOTT SMITH dba ENTREPRENEURPR | **AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |
| DEFENDANT(S). | |

☒ State of California, County of San Francisco _____

☒ State of California _____, County of San Francisco _____

I, DAVID J. COOK _____ hereby state under penalty of perjury that,

1.  Judgment for $ 669,656.00 * ____ was entered on July 10, 2003 ____ on the docket of the above-entitled action in the
    U. S. District Court, Central District of California in favor of ENTREPRENEUR MEDIA, INC. ____
    as Judgment Creditor, and against SCOTT SMITH dba ENTREPRENEURPR ____ as Judgment Debtor.
    * Total judgment including fees and costs is $1,389,818.00
    If this is a Registered Judgment from another Court or District, include the following information.* Said
    Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained
    in Civil Case Number _____ in the United States District Court for the _____
    District of _____ and which has become FINAL.

2.  I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of
    Execution on the Judgment.

3.  ACCRUED since the entry of judgment in the CENTRAL ____ District of CALIFORNIA ____
    are the following sums:
    $ 295,441.98 ** ____ accrued interest, computed at 2.5 ____ % *(See note.)*
    $ ____ accrued costs    ** $143,160.27 based on judgment dated July 10, 2003
                               $152,281.71 based on order dated August 13, 2003

Credit must be given for payments and partial satisfaction in the amount of $ -0- ____ which is to be credited
against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco ____,
State of California ____, this 20th ____ date of February ____, 2015 ____.

_____
Signature

*Note: Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and
calculated as of the date of entry in that district.