DAVID J. COOK, ESQ. SBN 060859
COOK COLLECTION ATTORNEYS, PLC
P.O. Box 270
San Francisco, CA 94104-0270
Phone: (415) 989-4730
Fax:   (415) 989-0491
Email: Cook@squeezebloodfromturnip.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC.<br><br>Plaintiff(s)<br>v.<br>SCOTT SMITH dba ENTREPRENEURPR<br><br>Defendant(s) | CASE NUMBER:<br>2:98-CV-03607-FMC-CT<br><br>WRIT OF EXECUTION |

TO:  THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On ____July 10, 2003____ a judgment was entered in the above-entitled action in favor of:

ENTREPRENEUR MEDIA INC., a California corporation

as Judgment Creditor and against:

SCOTT SMITH dba ENTREPRENEURPR

as Judgment Debtor, for:

$ _____669,656.00  Principal,
$ _____680,895.00  Attorney Fees,
$ _____0.00    Interest **, and
$ _____39,267.46  Costs, making a total amount of
$ ____1,389,818.46  JUDGMENT AS ENTERED

**NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

WRIT OF EXECUTION

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment in the ___-0-___ District of ___California___, to wit:

$ ___143,160.27___ *accrued interest, and
$ ___152,281.71___ **accrued costs, making a total of
$ ___295,441.98___ ACCRUED COSTS AND ACCRUED INTEREST

Credit must be given for payments and partial satisfaction in the amount of $ ___0.00___ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ ___1,685,260.44___ ACTUALLY DUE on the date of the issuance of this writ of which
$ ___1,685,260.44___ Is due on the judgment as entered and bears interest at ___2.5%___ percent per annum, in the amount of $ ___98.13___ per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

* Interest on judgment dated July 10, 2003
** Interest on order dated August 13, 2003

CLERK, UNITED STATES DISTRICT COURT

Dated: __FEB 24 2015__    By: _____
                                Deputy Clerk
                                1174

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

```
SCOTT SMITH dba ENTPRENEURPR
5714 Folsom Blvd.
Sacramento, CA  95819
```

### NOTICE TO THE JUDGMENT DEBTOR

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.

---

**WRIT OF EXECUTION**

CV-23 (6/01)  PAGE 3 OF 3