**DAVID J. COOK, ESQ. (State Bar # 060859)**
**COOK COLLECTION ATTORNEYS**
**A PROFESSIONAL LAW CORPORATION**
165 Fell Street
San Francisco, CA 94102-5106
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
File No. 56,724

Attorneys for Plaintiff
ENTREPRENEUR MEDIA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SCOTT SMITH dba Entrepreneurpr, <br><br> Defendant. <br> _____ | CASE NO. 98-3607 FMC (CTx) <br><br> FIRST AMENDED SCAN-SEARCHABLE DECLARATION AND CERTIFICATE OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION TO COMPEL RESPONSES TO POST-JUDGMENT DISCOVERY, AND REQUEST FOR SANCTIONS UNDER FRCP 37(a)(3)(B)(iii)&(iv) and FRCP 37(d)(1)(A)(ii)&(3) [WITHOUT EXHIBITS] <br><br> Date: August 10, 2015 <br> Time: 9:30 a.m. <br> Courtroom: 650 - Roybal <br> Judge: George H. King |

I, DAVID J. COOK, hereby declare and state as follows:

1. I am one of the attorneys of record for Plaintiff herein, am duly licensed to practice before all Courts in this State, and am familiar with the facts and circumstances as set forth below.

2. This discovery is not discovery to seek information about Smith's assets and liabilities, which was the subject of the initial post-judgment discovery served on 1/14/15 and now the subject of the court's discovery order. (Document 345) This discovery consists of true and correct copies attached hereto of EXHIBIT A - POST-

JUDGMENT INTERROGATORIES PURSUANT TO FRCP 69(a)(2) AND FRCP 33(a) RE INJUNCTIVE RELIEF; EXHIBIT B - POST JUDGMENT REQUEST FOR PRODUCTION OF DOCUMENTS PURSUANT TO FRCP 69(a)(2) AND FRCP 34(a) ET SEQ.-SECOND SET; and EXHIBIT C - AMENDED - POST JUDGMENT REQUEST FOR PRODUCTION OF DOCUMENTS PURSUANT TO FRCP 69(a)(2) AND FRCP 34(a) ET SEQ.-SECOND SET.

3.  Attached hereto marked *Exhibit "D"* is a true and correct copy of the JUDGMENT AND PERMANENT INJUNCTION FOLLOWING COURT TRIAL (Document 242).

4.  USDC, C.D.Cal. CIVIL MINUTES by Hon. George H. King ordered Smith to respond to interrogatories and request for production of documents, a true and correct copy which is attached hereto marked *Exhibit "E."* (Document #345)

5.  USDC, E.D.Cal., Case No. 2:10-mc-55-JAM-EFB, Magistrate Judge Brennan ordered Smith to produce documents.  A true and correct copy of that ORDER (Document 162) is attached hereto marked *Exhibit "F."*

6.  In the state court case of *Entrepreneur Media, Inc. v. Scott Smith, an individual; et al.,* Case No. CGC 13 530730, the court entered another order compelling discovery, a true and correct copy which is attached hereto marked *Exhibit "G."*

7.  USDC, E.D.Cal., Case No. 2:10-mc-55-JAM-EFB, the court issued an order to show cause entitled FINDINGS AND RECOMMENDATIONS FOR ORDER TO SHOW CAUSE IN RE CIVIL CONTEMPT, Document 196, a true and correct copy which is attached hereto marked *Exhibit "H."*

8.  On June 10, 2015, Plaintiff's counsel sent a letter to Smith, along with two Joint Stipulations by Federal Express, true and correct copies attached hereto marked *Exhibit "I."*

9.  On June 15, 2015 at 5:04 PM, Smith states that he has received the June

1 | 10, 2015 letter with the two Joint Stipulations in paper form. A true and correct
2 | copy of the email of that date is attached hereto marked **Exhibit "J."**
3 |   10. In response, Plaintiff sent the two Joint Stipulations in Word, true and
4 | correct copies which are attached hereto marked **Exhibits "K" and "L."**
5 |   11. Declarant set up a telephonic meet and confer on June 29, 2015 at 2:00
6 | PM. Smith did not call in.
7 |   I declare under penalty of perjury that the foregoing is true and correct.
8 | Executed on July 1, 2015.

/s/ David J. Cook
DAVID J. COOK, ESQ. (SBN 060859)

F:\USERS\DJCNEW\scott smith.cpl injunc dec

FIRST AMENDED SCAN-SEARCHABLE DECLARATION AND CERTIFICATE OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION TO COMPEL RESPONSES TO POST-JUDGMENT DISCOVERY, AND REQUEST FOR SANCTIONS UNDER FRCP 37(a)(3)(B)(iii)&(iv) and FRCP 37(d)(1)(A)(ii)&(3) [WITHOUT EXHIBITS] - CASE NO. 98-3607 FMC (CTx)                 3