**DAVID J. COOK, ESQ. (State Bar # 060859)**
**COOK COLLECTION ATTORNEYS**
**A PROFESSIONAL LAW CORPORATION**
165 Fell Street
San Francisco, CA  94102-5106
Mailing Address: P.O. Box 270
San Francisco, CA  94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
File No. 56,724

Attorneys for Plaintiff
ENTREPRENEUR MEDIA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC., <br><br>   Plaintiff, <br><br> vs. <br><br> SCOTT SMITH dba Entrepreneurpr, <br><br>   Defendant. <br> _____ | CASE NO.  98-3607 FMC (CTx) <br><br> DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO FILE OUT OF TIME A REPLY MEMORANDUM IN SUPPORT OF DEFENDANT SCOTT SMITH'S EX PARTE APPLICATION TO QUASH WRIT OF EXECUTION AND SET ASIDE, OR STAY, MAY 22, 2015 U.S. MARSHAL SALE OF DOMAIN NAMES AT AUCTION <br><br> Courtroom: 650 - Roybal <br> Chief Judge: George H. King |

I, DAVID J. COOK, hereby declare and state as follows:

1. I am one of the attorneys of record for Plaintiff in the above-entitled action, am duly authorized to practice before all courts in the State of California, and am familiar with the facts and circumstances in this action.

2. Smith was warned by this court to comply with all rules.  See CIVIL MINUTES-GENERAL (Document 345), page 2 of 3, first paragraph, citing *Jacobsen v. Filler*, 790 f.2d 1362, 1364 (9th Cir. 1986).  Smith had his fair notice from this court.  Smith without explanation has failed to comply.  Smith bears the consequences of any "mishap" in the filing.  Anybody and everybody appreciates

the fact that Los Angeles traffic can be troubling.

3. Even more troubling is that the address for JPL Process Service is 655 S. Flower Street, #300, Los Angeles, CA 90017. The process server is located at 7th Street and Flower Street in downtown Los Angeles. The address for the court for filing is 312 N. Spring Street, which is at the corner of N. Spring Street and E. Temple, which is one block north of 1st Street. The distance between the process server and the court would appear to be 8 blocks. Going up Olive Street, the distance is approximately 1.6 miles, or less than a 10 minutes drive, depending upon traffic. Declarant personally called JPL Process Service who advised that the 655 S. Flower Street is a drop box by which they have a local runner who would "walk it up" from 655 S. Flower Street to the District Court, 312 N. Spring Street, which is about a 15 minutes walk.

4. Smith claims that the process server received papers at 2:30 PM and got there at 4:00 PM is disingenuous when the process server had a Los Angeles Office based upon its website, which at best would be a 10 minute drive, and probably at worse, a 20 minute walk. Smith's defense of late filing is unbelievable and an act of incredible bad faith.

5. Attached hereto marked accordingly are true and correct copies of the following exhibits:

Exhibit A    USDC, E.D.Cal. Document 135 - ORDER TO SHOW CAUSE: Smith Kept Everybody Waiting 2 hours for no good reason.

Exhibit B    USDC, C.D.Cal. Document 144 - ORDER. Court denied multiple arguments challenging Magistrate's jurisdiction to enter post-judgment orders.

Exhibit C    USDC, E.D.Cal. Document 162 - ORDER. Order compelling production of documents. Other than a handful of check records, letter from Bank of America, and list of domain names, no records have been produced. Court notes at page 6, lines 17-18, that the stay of discovery arising out of a related state court anti-SLAPP motion is no longer in effect.

Exhibit D    USDC, E.D.Cal. Document 165 - ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION. District Court Judge denies motion for reconsideration.

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO FILE OUT OF TIME A REPLY MEMORANDUM IN SUPPORT OF DEFENDANT SCOTT SMITH'S
CASE NO. 98-3607 FMC (CTx)                                                                                             2

| | | |
|---|---|---|
| 1 | Exhibit E | United States Court of Appeals for the Ninth Circuit Document 169 - ORDER.  Ninth Circuit dismisses appeal. |
| 2 | | |
| 3 | Exhibit F | USDC, E.D.Cal. Document 178 - ORDER.  Court denies application to continue hearing on order to show cause re contempt. |
| 4 | Exhibit G | USDC. E.D.Cal. Document 181 - ORDER.  Court notes that his lawyer, "Mr. Mewes has suffered an unspecified "life threatening medical emergency that could require weeks or months of treatment and recovery."(Page 2, lines 1-3) |
| 5 | | |
| 6 | | |
| 7 | Exhibit H | USDC, C.D.Cal. Document 345 - CIVIL MINUTES-GENERAL.  Court orders Smith to answer discovery. Plaintiff only received 50 pages of objections. |
| 8 | | |
| 9 | Exhibit I | USDC, E.D.Cal. Document 192 - DEFENDANT SCOTT SMITH'S APPLICATION TO CONTINUE HEARING FOR PLAINTIFF'S EX PARTE APPLICATION FOR ISSUANCE OF ORDER TO SHOW CAUSE RE PREFILNG ORDER DIRECTED AGAINST SCOTT SMITH FOR THE FILING OF ANY FURTHER PROCEEDINGS AGAINST DAVID J. COOK, COOK COLLECTION ATTORNEYS, PLC, AND ALL RELATED ENTITIES.  Mr. Mewes filed declaration in which at page 2, paragraph 3, Mr. Mewes states as follows: |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | 3. | Smith's attorney Eric Mewes is lead counsel in a hearing/trial for "In re THE ANNE R. ANDERSON TRUST, DATED FEBRUARY 2, 1996", Santa Barbara Superior Court case No. 1440383, the Honorable Colleen Sterne presiding. Until recently Mr. Mewes believed the hearing/trial would last from approximately June 8, 2015 until June 12, 2015. However, newly associated opposing counsel recently informed Mr. Mewes that in his estimation the hearing/trial will now run "at least two or three days" into the week of June 15th." |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | Exhibit J | San Francisco County Superior Court, Register of Action, Case No. CGC 13 530730.  Smith failed to respond to civil discovery, failed to timely file an opposition to the motion to compel, failed to contact the court timely to contest the Tentative Ruling, objected to the Judge Pro Tem, and the matter is reset to June 19, 2015.  At the hearing, Smith argued that he was under the belief that the state court discovery was not due given the pendency of the appeal when Magistrate Judge Brennan noted that the stay under C.C.P. § 425.16(g) had expired based upon the fact that the anti-SLAPP motion was denied. |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 5, 2015.

                                                /s/ David J. Cook
                                      DAVID J. COOK, ESQ. (SBN 060859)

F:\USERS\DJCNEW\scott smith.cd oppos leave dec

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO FILE OUT OF TIME A REPLY MEMORANDUM IN SUPPORT OF DEFENDANT SCOTT SMITH'S CASE NO. 98-3607 FMC (CTx)        3