**William D. Burger, Jr., Esq. (SBN 234915)**
**STRONGIN | BURGER LLP**
999 Corporate Drive, Suite 220
Ladera Ranch, CA 92694
Telephone: (949) 529-2250
Facsimile: (949) 386-7253
Emails: wburger@stronginburger.com

Attorneys for Plaintiff
ENTREPRENEUR MEDIA, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC., a California corporation,<br><br>Plaintiff<br><br>vs.<br><br>SCOTT SMITH dba Entrepreneurpr,<br><br>Defendant, | Case No.: 98-3607 FMC (CTx)<br><br>**RENEWAL OF JUDGMENT** BY CLERK |

Based upon the application for renewal of the judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendant SCOTT SMITH dba Entrepreneurpr, [copy attached] is hereby renewed in the amounts as set forth below:

Renewal of money judgment:
    a. Total judgment                                    $ 1,685,260.44
    b. Costs after judgment                         $ 0.00
    c. Attorneys fees:                                   $ 0.00

**RENEWAL OF JUDGMENT**

```
d. Subtotal (add a and b)                              $ 1,685,260.44
e. Credits after judgment                              $ 0.00
f. Subtotal (subtract d from c)                        $ 1,685,260.44
g. Interest on Renewal Judgment
   dated 02/01/2012                                    $ 1,681,105.04
h. Fee for filing renewal application                  $ 0.00
i. Total renewed judgment (add e and g)                $ 3,366,365.48
```

DATED: January 21, 2022          Deputy Clerk, by  *Sharon Hall Brown*

KIRY K. GRAY,
Clerk of United States District Court