| | |
|---|---|
| 1 | **William D. Burger, Jr., Esq. (SBN 234915)**<br>**STRONGIN │ BURGER LLP**<br>999 Corporate Drive, Suite 220<br>Ladera Ranch, CA 92694<br>Telephone:  (949) 529-2250<br>Facsimile:   (949) 386-7253<br>Emails: wburger@stronginburger.com |

Attorneys for Plaintiff
ENTREPRENEUR MEDIA, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC., a California corporation,<br><br>Plaintiff<br><br>vs.<br><br>SCOTT SMITH dba Entrepreneurpr,<br><br>Defendant, | Case No.:  2:98-03607-PA (PLA)<br>Hon. Percy Anderson<br><br>**AMENDED RENEWAL OF JUDGMENT**  BY CLERK |

Based upon the application for renewal of the judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendant SCOTT SMITH dba Entrepreneurpr, [copy attached] is hereby renewed in the amounts as set forth below:

<u>Renewal of money judgment:</u>

    a.  Total judgment                                       $ 1,841,238.91
    b.  Costs after judgment                                 $ 0.00
    c.  Attorneys fees:                                          $ 0.00

**AMENDED RENEWAL OF JUDGMENT**

|   |   |
|---|---|
| d. Subtotal (add a and b) | $ 1,841,238.91 |
| e. Credits after judgment | $ 0.00 |
| f. Subtotal (subtract d from c) | $ 1,841,238.91 |
| g. Interest on Renewal Judgment from 02/02/2012 – 03/24/2022 | $ 22,354.45 |
| h. Fee for filing renewal application | $ 0.00 |
| i. Total renewed judgment (add e and g) | $ 1,863,593.36 |

DATED: April 8, 2022             CLERK, by _____

-2-
**AMENDED RENEWAL OF JUDGMENT**